UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV -3  P 3: 23

US DISTRICT COURT
HARTFORD CT

FDIC AS RECEIVER OF FIRST
CONSTITUTION BANK, FKA FIRST
FEDERAL BANK OF CONNECTICUT, FSB

CIVIL ACTION NUMBER
2:92-CV-01053 (RNC)

   PLAINTIFF

VS.

UNIVERSAL DEVELOPMENT CORPORATION
CONNECTICUT LIGHT & POWER COMPANY
DULARA BUILDING & INVESTMENT COMPANY
SUSAN S. GRADY
LINDA A. COONS
PECK & TUNESKI, P.C.
ROLAND J. HARRIS & ASSOCIATES, INC.
DEYO ASSOCIATES CONSULTING ENGINEERS, INC.
TIM C. CHIOU
MINGER L. CHIOU
MABEL W. ROKO AKA MABEL ROKO ISAKSEN
WILLIAM H. COONS, JR.
GERALD N. PAWLICH
HENRY M. ROKO, JR.
WILLIAM D. GRADY

   DEFENDANTS

## ASSIGNMENT OF JUDGMENT

FOR VALUE RECEIVED, the undersigned The Cadle Company, an Ohio corporation, located at 100 North Center Street, Newton Falls, Ohio 44444 (hereinafter the "Assignor"), hereby transfers, assigns and conveys without recourse unto **CADLES OF GRASSY MEADOWS II, L.L.C.**, a West Virginia liability company, located at 100 North Center Street, Newton Falls, Ohio 44444 (hereinafter the "Assignee"), all its right, title, interest, powers and options in, if any, in the Judgment rendered against Defendant(s) in Civil Action Number 2:92-CV-01053 (RNC), in the United States District Court, District of Connecticut, Connecticut, wherein FDIC as Receiver of First Constitution Bank, fka First Federal Bank of Connecticut, FSB was the Plaintiff and Universal Development Corporation, Connecticut Light & Power Company, Dulara Building & Investment Company, Susan S. Grady, Linda A. Coons, Peck & Tuneski, P.C., Roland J. Harris & Associates, Inc.,Deyo Associates Consulting Engineers, Inc., Tim C. Chiou, Minger L. Chiou, Mabel W. Roko aka Mabel Roko Isaksen, William H. Coons, Jr., Gerald N. Pawlich, Henry M. Roko, Jr., and William D. Grady were the Defendants. Said Instrument was dated January 16, 1995. Said Judgment was subsequently thereafter assigned from the Federal Deposit Insurance Corporation as Receiver for First Constitution Bank, f/k/a First Federal Bank of Connecticut, FSB, New Haven, CT to JDC Finance Company III, L.P., a Delaware limited partnership, by Assignment of Judgment, dated February 11, 2003 but effective as of December 13, 1993 and filed on April 21, 2003 with the US District Court, Hartford, Connecticut. Said Instrument was further assigned to Value Recovery Group, Inc., by Assignment of Judgment dated May 12, 2003, but effective as of September 8, 1998 and filed on June 20, 2003 with the US District Court, Hartford, Connecticut. Said Instrument was further assigned to Value Recovery Group, Inc., by Assignment of Judgment, dated July 3, 2003, but effective as of July 26, 2001 and filed on July 11, 2003 with the US District Court, Hartford Connecticut.

C:\WWB2 Value Recovery Group\WWB20139 Universal Development Corporation TCC AJ.doc

IN WITNESS WHEREOF, Assignor has executed this Assignment of Judgment as of October 23, 2003, but effective as of July 26, 2001.

_____
Kristina Harris, Witness

_____
Wendy Suckow, Witness

THE CADLE COMPANY, AN OHIO CORPORATION

By: _____
William E. Shaulis
Its: Executive Vice President

STATE OF OHIO,
COUNTY OF TRUMBULL,

Before me, a Notary Public in and for said County and State, personally appeared William E. Shaulis, who under penalty of perjury in violation of Section 2921.11 of the Revised Code represented to me to be said person and who signed the foregoing Instrument and acknowledged the same as his voluntary act and deed.

Executed this 23rd day of October, 2003.

(Notarial Seal)

_____
Cindy Lou Garro, Notary Public
My Commission Expires December 16, 2003

**CINDY LOU GARRO, Notary Public**
**State of Ohio**
**My Commission Expires Dec. 16, 2003**

AFTER RECORDING RETURN TO:
THE CADLE COMPANY
100 North Center Street
Newton Falls, OH 44444-1321
(330) 872-0918
Debtor: Universal Development Corporation
Our File No. WWB20139
C:\WWB2 Value Recovery Group\WWB20139 Universal Development Corporation to Cadles Grassy Meadows.doc